**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| CARL H. THORSTENS | § | Case Number: 16-82717 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on   August 28   , 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Russell W Baker
Barrick Switzer Long Balsley & Van Evera
6833 Stalter Drive
Rockford, IL 61108

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

         /s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Byron Bank
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

Ditech Financial LLC
345 St. Peter St
St. Paul, MN 55102-1211

MembersAlliance Credit Union
c/o Reilly Law Offices
6801 Spring Creek Road, 2D
Rockford, IL 61114-7420

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Barclay Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

City of Rockford
PO Box 4635
Carol Stream, IL 60197-4635

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Ditech
PO Boxs 6172
Rapid City, SD 57709-6172

US BANK
PO BOX 5229
CINCINNATI, OH 45201-5229

Kohls Payment Center
PO Box 3115
Milwaukee, WI 53201-3115

Members Alliance Credit Union
2550 S. Alpine Road
Rockford, IL 61108-7890

Rock River Water Reclamation
3501 Kishwaukee Street
Rockford, IL 61109-2053

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Carl Harold Thorstens
10727 Chicory Ridge Way
Roscoe, IL 61073-6316

Elan Financial Services
PO Box 108
Saint Louis, MO 63166