**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: THORSTENS, CARL HAROLD § Case No. 16-82717
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $310,595.00            Assets Exempt: $165,140.00
(without deducting any secured claims)

Total Distribution to Claimants: $2,794.98    Claims Discharged
                                              Without Payment: $11,554.75

Total Expenses of Administration: $2,205.02
```

3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,205.02 | 2,205.02 | 2,205.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 14,349.73 | 14,349.73 | 2,794.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $16,554.75 | $16,554.75 | $5,000.00 |

4) This case was originally filed under Chapter 7 on November 18, 2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/25/2017          By: /s/JOSEPH D. OLSEN
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2016 income tax refund | 1224-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 19.52 | 19.52 | 19.52 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 935.50 | 935.50 | 935.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,205.02** | **$2,205.02** | **$2,205.02** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 846.62 | 846.62 | 164.90 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,047.19 | 3,047.19 | 593.52 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 7,296.36 | 7,296.36 | 1,421.15 |
| 4 | U.S. Bank NA dba Elan Financial Services | 7100-000 | N/A | 2,797.42 | 2,797.42 | 544.87 |
| 5 | Capital One, N.A. | 7100-000 | N/A | 362.14 | 362.14 | 70.54 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $14,349.73 | $14,349.73 | $2,794.98 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82717  
**Case Name:** THORSTENS, CARL HAROLD  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/18/16 (f)  
**§341(a) Meeting Date:** 01/03/17  

**Period Ending:** 10/25/17  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4607 Mohawk Road, Rockford, IL 61107-0000, Winne | 75,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3921 & 3923 15th Avenue, Rockford, IL 61108-0000 | 75,000.00 | 0.00 | | 0.00 | FA |
| 3 | 3925 & 3927 15th Avenue, Rockford, IL 61108-0000 | 70,000.00 | 0.00 | | 0.00 | FA |
| 4 | Cash | 45.00 | 0.00 | | 0.00 | FA |
| 5 | checking: Associated Bank #714 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | checking & savings: Members Alliance | 425.00 | 0.00 | | 0.00 | FA |
| 7 | checking: Stillman Bank Corp. | 100.00 | 0.00 | | 0.00 | FA |
| 8 | HGGS/furnishings - normal complement | 800.00 | 0.00 | | 0.00 | FA |
| 9 | Electronics - TV/mobile phone - normal complemen | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Clothing - normal complement | 400.00 | 0.00 | | 0.00 | FA |
| 11 | 401K Savings Plan: UTC | 10,626.00 | 0.00 | | 0.00 | FA |
| 12 | Pension: UTC | 45,099.00 | 0.00 | | 0.00 | FA |
| 13 | 2014 Jeep Grand Cherokee. Entire property value: | 32,000.00 | 0.00 | | 0.00 | FA |
| 14 | 1994 Tigershark Tatona. Entire property value: $ | 500.00 | 0.00 | | 0.00 | FA |
| 15 | 2016 income tax refund  (u) | 8,000.00 | 8,000.00 | | 5,000.00 | FA |
| 15 | **Assets    Totals** (Excluding unknown values) | **$318,595.00** | **$8,000.00** | | **$5,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     August 25, 2017          **Current Projected Date Of Final Report (TFR):**     August 25, 2017   (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-82717  
**Case Name:** THORSTENS, CARL HAROLD  
**Taxpayer ID #:** **-***3528  
**Period Ending:** 10/25/17  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/17 | {15} | Carl Thorstens | per order to compromise | 1224-000 | 5,000.00 | | 5,000.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 08/01/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -10.00 | 5,000.00 |
| 09/25/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 3,750.00 |
| 09/25/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $19.52, Trustee Expenses; Reference: | 2200-000 | | 19.52 | 3,730.48 |
| 09/25/17 | 103 | Attorney Joseph D Olsen | Dividend paid 100.00% on $935.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided on 09/25/17 | 3110-004 | | 935.50 | 2,794.98 |
| 09/25/17 | 103 | Attorney Joseph D Olsen | Dividend paid 100.00% on $935.50, Attorney for Trustee Fees (Trustee Firm); Reference: Voided: check issued on 09/25/17 | 3110-004 | | -935.50 | 3,730.48 |
| 09/25/17 | 104 | LVNV Funding, LLC its successors and assigns as | Dividend paid 19.47% on $846.62; Claim# 1; Filed: $846.62; Reference: | 7100-000 | | 164.90 | 3,565.58 |
| 09/25/17 | 105 | U.S. Bank NA dba Elan Financial Services | Dividend paid 19.47% on $2,797.42; Claim# 4; Filed: $2,797.42; Reference: | 7100-000 | | 544.87 | 3,020.71 |
| 09/25/17 | 106 | Capital One, N.A. | Dividend paid 19.47% on $362.14; Claim# 5; Filed: $362.14; Reference: | 7100-000 | | 70.54 | 2,950.17 |
| 09/25/17 | 107 | Capital One Bank (USA), N.A. | Combined Check for Claims#2,3 | | | 2,014.67 | 935.50 |
| | | | Dividend paid 19.47%   593.52 on $3,047.19; Claim# 2; Filed: $3,047.19 | 7100-000 | | | 935.50 |
| | | | Dividend paid 19.47%   1,421.15 on $7,296.36; Claim# 3; Filed: $7,296.36 | 7100-000 | | | 935.50 |
| 09/25/17 | 108 | Attorney Joseph D Olsen | | 3110-000 | | 935.50 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 5,000.00 | 5,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 5,000.00 | 5,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$5,000.00** | |

{} Asset reference(s)

Printed: 10/25/2017 01:55 PM   V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 16-82717  
**Case Name:** THORSTENS, CARL HAROLD

**Taxpayer ID #:** **-***3528  
**Period Ending:** 10/25/17

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 5,000.00 | | | | |
| | | Net Estate : | $5,000.00 | | | | |

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******7066** | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)